■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMEL·POWELL, Also Known as GERMAINE ELLISON, Also Known as SPLIFF, Appellant. [656 NYS2d 987] —Judgment unanimously affirmed. Memorandum: The evidence, the law and the circumstances of this case, viewed in totality and as of the time of the representation, establish that defendant was afforded meaningful representation (see, People v Baldi, 54 NY2d 137, 147; People v Trait, 139 AD2d 937, lv denied 72 NY2d 867). (Appeal from Judgment of Monroe County Court, Egan, J.—Murder, 2nd Degree.) Present—Pine, J. P., Lawton, Callahan, Doerr and Fallon, JJ.